UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) Case Nos. | CR 113-220, USA v. Tagui, et al. |
| | ) | CR 113-260, USA v. Dashillas |
| LEAVE OF ABSENCE REQUEST | ) | CR114-030, USA v. Weaver, et al |
| | ) | CR114-041, USA v. Hamilton, et al |
| PATRICIA G. RHODES | ) | CR114-043, USA v. Ingram |
| November 24, 2014 through | ) | CR114-066, USA v. Hallman |
| November 28, 2014 | ) | CR114-067, USA v. Jeffers |
| | ) | CR114-094, USA v. Oliver |
| | ) | CR114-095, USA v. Hamilton |
| | ) | CR114-096, USA v. Ramos |
| | ) | CR114-100, USA v. Hilton |
| | ) | CR114-103, USA v. Neal |
| | ) | CR114-104, USA v. Stiddons |
| | ) | CR114-121, USA v. Johnson |

## ORDER

**Patricia G. Rhodes** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT **Patricia H. Rhodes** be granted leave of absence for the following periods: **November 24, 2014 through November 28, 2014.**

This 17th day of November, 2014.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia