UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) Case Nos.: | CR113-220, A. Tagui, et al. |
| | ) | CR113-260, J. C. Dashillas |
| LEAVE OF ABSENCE REQUEST | ) | CR114-041, M. L. Hamilton, et al. |
| PATRICIA G. RHODES | ) | CR114-043, A. L. Ingram |
| August 31 through September 15, 2015 | ) | CR114-066, P. E. Hallman |
| | ) | CR114-095, M. L. Hamilton |
| | ) | CR114-096, J. G. Ramos |
| | ) | CR114-100, D. L. Hilton |
| | ) | CR114-103, K. M. Neal |
| | ) | CR114-104, S. C. Stiddons |
| | ) | CR114-121, B. W. Johnson |
| | ) | CR114-126, W. J. O'Connell |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Patricia G. Rhodes for August 31 through September 15, 2015, for travel outside of the country; same is hereby GRANTED.

This _19th_ day of _February_, 2015.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

1