## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

IN RE:

LEAVE OF ABSENCE REQUEST
PATRICIA G. RHODES
October 21 through October 26, 2015

)
)
)
)
)
)
)

Case Nos.:   CR113-220, A. Tagui, et al.
CR115-037, T. B. Johnson
CR114-041, M. L. Hamilton, et al.
CR114-095, M. L. Hamilton
CR114-100, D. L. Hilton
CR114-103, K. M. Neal
CR114-121, B. W. Johnson

### ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Patricia G. Rhodes for October 21 through October 26, 2015, to attend a family wedding out of town; same is hereby GRANTED.

This ___30th___ day of April, 2015.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA