UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) Case Nos. | CR113-220, USA v. A. Tagui, et al. |
| | ) | CR114-041, USA v. Hamilton, et al. |
| LEAVE OF ABSENCE REQUEST | ) | CR114-095, USA v. Hamilton |
| | ) | CR114-100, USA v. Hilton |
| PATRICIA G. RHODES | ) | CR114-103, USA v. Neal |
| July 8, 2015 through July 10, 2015 | ) | CR114-121, USA v. Johnson |
| | ) | CR115-038, USA v. Johnson |
| | ) | |

## ORDER

**Patricia G. Rhodes** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT **Patricia G. Rhodes** be granted leave of absence for the following periods: **July 8, 2015 through July 10, 2015.**

This 11th day of May, 2015.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia